UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SNYDER,

    Plaintiff,                                        Case No. 1:11-cv-1325

v.                                                HON. JANET T. NEFF

UNKNOWN AMEEL,

    Defendant.
_____/

## **ORDER**

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983. The case was referred to the Magistrate Judge, who issued a Report and Recommendation on July 17, 2012, recommending that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. The Report and Recommendation was duly served on the parties. The copy of the Report and Recommendation mailed to Plaintiff on July 18, 2012 was returned to the Court on August 2, 2012 marked, "not deliverable as addressed," and "unable to forward" (Dkt 20). No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

      **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 19) is APPROVED and ADOPTED as the Opinion of the Court.

      A Judgment will be entered consistent with this Order.

Date: August 9, 2012                                    /s/ Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge